BL9129682

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

| | | | |
|---|---|---|---|
| IN RE: | TOD O FENSTERMACHER | : | Chapter: 13 |
| | DENISE J FENSTERMACHER | : | |
| | | : | |
| | | : | |
| | | : | CASE NO: 12-14849 |
| | | : | |

### NOTICE OF ADDRESS CHANGE

eCAST Settlement Corporation hereby changes its address for its claim number 7, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

3936 E FT. LOWELL RD, SUITE 200
TUCSON, AZ 85712

New Address for Notices and Payments:

eCAST Settlement Corporation
PO Box 28136
New York, NY 10087-8136
610-228-2570
proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ SHRADDHA BHARATIA

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE:    8/4/2016